AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

GILBERT VISCONDE

Plaintiff(s),

V.

DANIEL THORNTON, et al.

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case: CIVIL NO 04-00595 JMS-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 3, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants pursuant to the "Order Granting Defendant's Motion for Summary Judgment" filed February 3, 2006.

February 3, 2006
_____
Date

SUE BEITIA
_____
Clerk

(By) Deputy Clerk